| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>GARTH, LEONRD I. | 2. Court or Organization<br><br>THIRD CIRCUIT COURT OF APPEALS | 3. Date of Report<br><br>03/30/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals - Rm. 5040<br>MKL, Jr. Fed. Bldg. & U.S. Courthouse<br>50 Walnut Street<br>Newarl, NJ 07102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Garth , Leonrd I.

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONRD I. | 03/30/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONRD I. | 03/30/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Guardian Life Insurance Co., whole life | Loan against cash value | J |
| 2. | Crown Life Insurance Co., ordinary life | Loan against cash value | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONRD I. | 03/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Common | B | Dividend | L | T | | | | | |
| 2. AT&T Inc. Common | A | Dividend | K | T | | | | | |
| 3. Exxon Mobil Corp. Common | B | Dividend | K | T | | | | | |
| 4. Israel Bonds | A | Interest | J | T | | | | | |
| 5. Israel Bonds | A | Interest | | | Redeemed | 10/10/10 | J | A | |
| 6. Verizon Common | A | Dividend | J | T | | | | | |
| 7. Chase Bank Checking | | | | | Closed | 10/21/10 | J | A | See Part VIII |
| 8. Dreyfus Growth & Income (IRA) | A | Dividend | J | T | | | | | |
| 9. AARP Growth & Income Fund (DWS Investments) | A | Dividend | J | T | | | | | |
| 10. Dreyfus Growth & Income (IRA) | A | Dividend | J | T | | | | | |
| 11. NuveenReinvestment Acct (CT Mun) | C | Interest | L | T | | | | | |
| 12. Phoenix Common | A | Dividend | J | T | | | | | |
| 13. Comcast Common | A | Dividend | J | T | | | | | |
| 14. Wachovia Checking | | None | J | T | | | | | |
| 15. Alcatel-Lucent Common | | None | | | Sold | 07/01/10 | J | A | Open Market |
| 16. Capmark Bank Utah -CD (Y) | | | | | | | | | See Part VIII |
| 17. Discover Bank DE - CD (Y) | | | | | | | | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONRD I. | 03/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dorall Bank PR -CD (Y) | | | | | | | | | See Part VIII |
| 19. Eagle National Bank of Miami FL-CD (Y) | | | | | | | | | See Part VIII |
| 20. First National Bank of Omaha - CD (Y) | | | | | | | | | See Part VIII |
| 21. Washington Mutual Bank NV - CD (Y) | | | | | | | | | See Part VIII |
| 22. Proficio Bank Utah (Y) | | | | | | | | | See Part VIII |
| 23. Park Avenue Bank NY (Y) | | | | | | | | | See Part VIII |
| 24. Indymac Bank FSB, CA (Y) | | | | | | | | | See Part VIII |
| 25. Eurobank PR (Y) | | | | | | | | | See Part VIII |
| 26. Virtus Investment Partners, Inc. Common | | | | | Sold | 07/01/10 | J | A | |
| 27. FairPoint Communications Common | | | | | Sold | 07/01/10 | J | A | |
| 28. Guilford Savings Bank, CT CD | | | | | Redeemed | 03/01/10 | O | A | See Part VIII |
| 29. ING Direct CD | | | | | Redeemed | 09/01/10 | K | A | See Part VIII |
| 30. Morgan Stanley Bank CD | A | Interest | K | T | | | | | |
| 31. Morgan Stanley Bank CD | A | Interest | K | T | | | | | |
| 32. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 33. GE Money Bank, Salt Lake City, UT CD | A | Interest | K | T | | | | | |
| 34. JB Hanauer Federated Money Market (Y) | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONRD I. | 03/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Guardian Life Insurance | A | Dividend | J | T | | | | | |
| 36. Crown Life Insurance (X) | A | Dividend | J | T | | | | | |
| 37. Guilford Savings Bank | A | Interest | J | T | | | | | |
| 38. RBC Investments | D | Interest | J | T | | | | | |
| 39. Ally Bank | A | Interest | M | T | | | | | |
| 40. ING Direct | A | Interest | J | T | | | | | |
| 41. Frontier Communications (Y) | | | | | Sold | 07/01/10 | J | A | See Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONRD I. | 03/30/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII #7 In October 2010, I closed out my checking account in Chase Bank and transferred all the funds to the Guilford Savings Bank (See #37).

Part VII #16 - 25 Items 16 - 25 inclusive, were assets of the Estate                    which was closed in October 2009.

Part VII #28 The Guilford Savings Bank CD matured in March 2010 and the principal was transferred to the Ally Bank #39.

Part VII #29 The ING CD matured in September 2010 and the proceeds were transferred to ING Direct Savings Account #40.

Part VII #34 JB Hanauer was taken over by RBC Investments (see #38)

Part VII #41 I don't know how or when I acquired Frontier Communications. It was always worth less than $1,000 and I sold it through RBC Investments together with Alcatel-Lucent(#15), Virtus (#26) and                    FairPoint (#27).

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ LEONRD I. GARTH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544